No. 12–0280/AR. U.S. v. Brandon A. Lopez. CCA 20090564. On further consideration of the granted issue, 71 M.J. 188 (C.A.A.F. 2012) (Ordering Granting Review, Mar. 12, 2012), and in view of *United States v. Ballan*, 71 M.J. 28 (C.A.A.F. 2012), it is ordered that the decision of the United States Army Court of Criminal Appeals is affirmed as to the findings and as to only so much of the sentence as provides for two years confinement and a bad-conduct discharge.*

No. 12–0354/NA. U.S. v. Markalle D. Redd. CCA 201000682. Review granted on the following issue:

> WHETHER THE TWO ADULTERY SPECIFICATIONS FAIL TO STATE AN OFFENSE BECAUSE THEY NEITHER ALLEGE NOR NECESSARILY IMPLY THAT THE CONDUCT WAS PREJUDICIAL TO GOOD ORDER AND DISCIPLINE OR OF A NATURE TO BRING DISCREDIT UPON THE ARMED FORCES.

No briefs will be granted under Rule 25.

No. 12–0229/AR. U.S. v. Rodger S. Danes. CCA 20091072. Review granted on the following issue:

> UNDER THIS COURT'S DECISIONS IN *FOSLER* AND *BALLAN*, WAS IT PREJUDICIAL ERROR, IN A PARTIALLY CONTESTED CASE, TO CONVICT APPELLANT OF ARTICLE 134 SPECIFICATIONS THAT FAILED TO ALLEGE THE TERMINAL ELEMENT OF THAT OFFENSE?

No briefs will be filed under Rule 25.

---

* BAKER, Chief Judge (concurring in the result): I adhere to my positions in *United States v. Jones*, 68 M.J. 465, 473 (C.A.A.F. 2010) (Baker, J., dissenting), and *United States v. Ballan*, 71 M.J. 28, 36 (C.A.A.F. 2012) (Baker, C.J., concurring in the result), and concur in the result here.